MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
SCHNITZER, JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
mesposito@sjwlawfirm.com
mdunning@sjwlawfirm.com
*Attorneys for Defendants*

SCHNITZER, JOHNSON, & WATSON CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NOAH SERI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIAN SALES, INC., d/b/a "OPMS" d/b/a Optimized Plant Mediated Solutions, a Wyoming corporation; SKELMIS LLC, d/b/a RH Natural Products, d/b/a Remarkable Herbs; a Texas company; DOE INDIVIDUALS 1 through 40; DOE MANUFACTURERS 1 through 40; DOE DISTRIBUTORS 1 through 40;<br><br>Defendants. | Case No.: 2:26-cv-02495-MMD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE** |

Plaintiff, NOAH SERI, (hereinafter "Plaintiff"), by and through his Attorneys of Record, Michael C. Kane, Esq. and Bradley J. Myers, Esq. of THE 702FIRM INJURY ATTORNEYS, and MARTIAN SALES, INC., d/b/a "OPMS" d/b/a OPTIMEZ PLANT MEDIATED SOLUTIONS and SKELMIS LLC, d/b/a RH NATURAL PRODUCTS, d/b/a REMARKABLE HERBS (hereinafter "Defendants"), by and through their Attorneys of Record, Michael R. Esposito, Esq. and Marta D. Dunning, Esq. of SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in the Eighth Judicial District Court on July 20, 2026;

2. Defendant, Skelmis LLC was served with the Complaint and Summons on July 22, 2026;

3. Defendant, Martian Sales, Inc. was served with the Complaint and Summons on July 23, 2026;

4. On August 12, 2026, Defendants filed a Petition for Removal to remove this action from the Eighth Judicial District Court;

5. Plaintiff and Defendants have agreed to continue Defendants' responsive deadline until September 4, 2026;

6. This continuance will allow Defendants to marshal and review its records pertaining to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits of same;

. . .

. . .

. . .

SCHNITZER , JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

7. This is the first stipulation between Plaintiff and the Defendants to extend the time for Defendants to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

IT IS SO STIPULATED.

Dated this 25th day of August, 2026.

SCHNITZER, JOHNSON & WATSON CHTD.

*/s/ Michael R. Esposito, Esq.*
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendants*

Dated this 25th day of August, 2026.

THE 702FIRM INJURY ATTORNEYS

*/s/ Michael C. Kane, Esq.*
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
8336 West Flamingo Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
8-27-26



SCHNITZER, JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123