MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
SCHNITZER, JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Defendants*

SCHNITZER, JOHNSON, & WATSON CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NOAH SERI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIAN SALES, INC., d/b/a "OPMS" d/b/a Optimized Plant Mediated Solutions, a Wyoming corporation; SKELMIS LLC, d/b/a RH Natural Products, d/b/a Remarkable Herbs; a Texas company; DOE INDIVIDUALS 1 through 40; DOE MANUFACTURERS 1 through 40; DOE DISTRIBUTORS 1 through 40;<br><br>Defendants. | Case No.: 2:26-cv-02495-MMD-MDC<br><br>**ORDER GRANTING STIPULATION TO REMAND MATTER TO EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY** |

Plaintiff, NOAH SERI, (hereinafter "Plaintiff"), by and through his Attorneys of Record, Michael C. Kane, Esq. and Bradley J. Myers, Esq. of THE 702FIRM INJURY ATTORNEYS, and MARTIAN SALES, INC., d/b/a "OPMS" d/b/a OPTIMEZ PLANT MEDIATED SOLUTIONS and SKELMIS LLC, d/b/a RH NATURAL PRODUCTS, d/b/a REMARKABLE HERBS (hereinafter "Defendants"), by and through their Attorneys of Record, Michael R. Esposito, Esq. and Marta D. Dunning, Esq. of SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint in the Eighth Judicial District Court on July 20, 2026;

WHEREAS, Defendant Skelmis LLC was served with the Complaint and Summons on July 22, 2026;

WHEREAS, Defendant Martian Sales, Inc. was served with the Complaint and Summons on July 23, 2026;

WHEREAS, on August 12, 2026, Defendants filed a Notice of Removal, removing this action from the Eighth Judicial District Court to this Court;

WHEREAS, on September 11, 2026, Plaintiff filed a Motion to Remand to State Court (Doc 15);

WHEREAS, Exhibit 1 to the Motion to Remand to State Court was a declaration stating, under penalty of perjury, that Plaintiff has incurred no medical expenses and that, moreover, he does not seek and will not accept more than $75,000 in damages in this action. Doc 15, Exhibit 1, ¶¶ 4-9.

1. Based upon this sworn testimony that Plaintiff has not incurred medical expenses and that he does not seek and will not accept more than $75,000 in damages in this action, the Parties understand that the amount in controversy does not exceed $75,000.

2. The Parties stipulate and jointly request that this action be remanded to the Eighth Judicial District Court, Clark County, Nevada.

. . .

. . .

. . .

SCHNITZER, JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

3. The Parties further stipulate that no party shall seek recovery of any attorneys' fees or costs related to the remand of the matter to the Eighth Judicial District Court, Clark County, Nevada and that no such fees shall be awarded.

IT IS SO STIPULATED.

Dated this 22nd day of September, 2026.

SCHNITZER, JOHNSON & WATSON CHTD.

*/s/ Michael R. Esposito, Esq.*
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendants*

Dated this 22nd day of September, 2026.

THE 702FIRM INJURY ATTORNEYS

*/s/ Michael C. Kane, Esq.*
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
8336 West Flamingo Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

SCHNITZER, JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of September, 2026.

Miranda M. Du, U.S. District Judge